# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-4154 PSG (SKx) | Date | June 15, 2017 |
|---|---|---|---|
| Title | United African-Asian Abilities Club *et al.* v. Patricia P. Chadwell *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order to Show Cause re Anonymity of Plaintiff and Other Parties Named in the Complaint

Before the Court is Plaintiffs United African-Asian Abilities Club ("UAAAC") and 011 UAAAC Member's Complaint asserting federal and state causes of action. Dkt. # 1. In the Complaint and the caption for the case, Plaintiffs refer to individual UAAAC members anonymously with pseudonyms like "011 UAAAC Member" and "008" and "010." *See id.* ¶ 10.

Pursuant to the Federal Rules of Civil Procedure, parties to a lawsuit must identify themselves in their pleadings. *See* Fed. R. Civ. P. 10. The plaintiff must give the full name of all parties when known unless the plaintiff shows that there are exceptional circumstances, such as threat of harm to the unidentified party, that justify use of a pseudonym. *See* Fed. Prac. & Proc. Civ. § 132(a); Cyc. of Fed. Proc. § 21:2. In deciding whether to permit the plaintiff to proceed anonymously, courts consider the severity of the threatened harm, the reasonableness of the anonymous party's fears, the anonymous party's vulnerability to retaliation, the prejudice to the non-moving party, and the public interest. *See* Cyc. of Fed. Proc. § 21:2.

In the case now before the Court, Plaintiffs have not shown why they need to identify the individual plaintiff and other affiliates of UAAAC anonymously. The Court therefore ORDERS Plaintiffs to show cause by **June 21, 2017** why the Court should permit the individual plaintiff to proceed anonymously and allow plaintiff to refer to others in the Complaint with pseudonyms. Plaintiffs may satisfy this OSC by filing an amended Complaint or by detailing their reasons for anonymity in a separate response.

**IT IS SO ORDERED**.

AB for WH